**No. 299 WAL 2016**

Supreme Court of Pennsylvania.

December 6, 2016

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jamar Lashawn TRAVILLION,**
**Petitioner**

**No. 266 WAL 2016**

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

AND NOW, this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**